UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CIVIL ACTION # CV11-0440
Filed On: 1/28/2011

**Affidavit of Service**
**BUSINESS / AGENCY**

JOHN PAUL P. BALINGIT

-against-

COMMUNITY NATIONAL BANK and PRESTIGE EMPLOYEE ADMINISTRATORS, INC.

---

STATE OF NEW YORK, COUNTY OF NEW YORK

BRIAN LEVY, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 3/25/2011 at 4:51 pm at **200 MIDDLE NECK ROAD, GREAT NECK, NY 11022**, your deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT bearing CIVIL ACTION # CV11-0440 and filed date 1/28/2011 upon **COMMUNITY NATIONAL BANK**, by delivering a true copy to Santo L. Gaudio, Managing Agent. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender:    Male
Skin Color:    White
Hair Color:    Brown
Approximate Age:    47
Approximate Height:    5'10"
Approximate Weight:    210 lbs.


Sworn to before me on 3/28/2011

JULIA GILMAN
Notary Public, State of New York
No. 01GI6221512
Qualified in QUEENS County
Commission Expires 05/03/2014

BRIAN LEVY

FELIX Q. VINLUAN, ESQ.  F. Vinluan
450 SEVENTH AVENUE  SUITE 931
NEW YORK, NY 10123
Phone: 212-643-2692
File No.

RETURN TO: NCS
20 VESEY ST REAR LOBBY, NEW YORK, NY 10007
Phone 212-349-3776
(NCS198152)
JG  163802

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CIVIL ACTION # CV11-0440
Filed On: 1/28/2011

JOHN PAUL P. BALINGIT

-against-

COMMUNITY NATIONAL BANK and PRESTIGE EMPLOYEE ADMINISTRATORS, INC.

Affidavit of Service
BUSINESS / AGENCY

STATE OF NEW YORK, COUNTY OF NEW YORK

PATRICIA CONROY, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 3/22/2011 at 2:30 pm at **538 BROADHOLLOW ROAD, SUITE 311, MELVILLE, NY  11747**, your deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT bearing CIVIL ACTION # CV11-0440 and filed date 1/28/2011 upon **PRESTIGE EMPLOYEE ADMINISTRATORS, INC.**, by delivering a true copy to Megan Santo, Managing Agent. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender:    Female
Skin Color:    White
Hair Color:    Blonde
Approximate Age:      30-39
Approximate Height:     5'4"
Approximate Weight:      180 lbs.

Sworn to before me on 3/22/2011

JULIA GILMAN
Notary Public, State of New York
No. 01GI6221512
Qualified in QUEENS County
Commission Expires 05/03/2014

PATRICIA CONROY

FELIX Q. VINLUAN, ESQ.  F. Vinluan
450 SEVENTH AVENUE  SUITE 931
NEW YORK, NY 10123
Phone: 212-643-2692
File No.

RETURN TO: NCS
20 VESEY ST REAR LOBBY, NEW YORK, NY 10007
Phone 212-349-3776
(NCS198152)
JG  163803