UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x   *VIA ECF*

JOHN PAUL P. BALINGIT,

                           Plaintiff,

      -against-

COMMUNITY NATIONAL BANK CORP.
and PRESTIGE EMPLOYEE
ADMINISTRATORS, INC.,

                           Defendants.

------------------------------------------------------------x

Civil Action No.: CV 11-0440

Feuerstein, J.
Boyle, M.J.

## STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND
## TO PLAINTIFF'S COMPLAINT

      It is hereby STIPULATED AND AGREED, by and between Plaintiff John Paul P. Balingit ("Plaintiff") and Defendants Community National Bank Corp. and Prestige Employee Administrators, Inc. ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter shall be extended until and including April 26, 2011;

      It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that no previous requests for an extension of the current putative deadline of April 12, 2011 have been made;

Dated: 4-7-, 2011            By: _____
                                  Felix Q. Vinluan, Esq.
                                  LAW OFFICE OF FELIX Q. VINLUAN
                                  450 Seventh Ave., Ste. 931
                                  New York, NY 10123
                                  (212) 643-2692
                                  *Attorneys for Plaintiff*

Dated: 4-7-, 2011            By: _____
                                  David S. Greenhaus, Esq.
                                  JACKSON LEWIS LLP
                                  58 S. Service Road, Suite 410
                                  Melville, New York 11747
                                  (631) 247-0404
                                  *Attorneys for Defendants*

SO ORDERED THIS _____
DAY OF _____, 2011.


_____
United States District Judge

4841-8941-9529, v. 1