**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Ste. 410
Melville, New York 11747
(631) 247-0404

ATTORNEY OF RECORD:
    DAVID S. GREENHAUS, ESQ.
    NOEL P. TRIPP, ESQ.

--------------------------------------------------x

JOHN PAUL P. BALINGIT,

                    Plaintiff,

      -against-

COMMUNITY NATIONAL BANK CORP.
and PRESTIGE EMPLOYEE
ADMINISTRATORS, INC.,

                  Defendants.

--------------------------------------------------x

*VIA ECF*

Civil Action No.: CV 11-0440

Feuerstein, J.
Boyle, M.J.

**CERTIFICATE PURSUANT TO RULE 7.1 OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Defendant, Prestige Employee Administrators, Inc., by its undersigned counsel, hereby certifies that it is not a governmental entity and there are no parent corporations or any publicly held corporations that own 10% of its stock.

Dated: Melville, New York
April 26, 2011

                Respectfully submitted,

                JACKSON LEWIS LLP
                *ATTORNEYS FOR DEFENDANTS*
                58 South Service Rd., Ste. 410
                Melville, New York 11747
                (631) 247-0404

By: _____
                DAVID S. GREENHAUS, ESQ.
                NOEL P. TRIPP, ESQ.

4847-3873-9721, v. 1