UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Ste. 410
Melville, New York 11747
(631) 247-0404

ATTORNEY OF RECORD:
    DAVID S. GREENHAUS, ESQ.
    NOEL P. TRIPP, ESQ.

---------------------------------------------------------------x
JOHN PAUL P. BALINGIT,

                        Plaintiff,

    -against-

COMMUNITY NATIONAL BANK CORP.
and PRESTIGE EMPLOYEE
ADMINISTRATORS, INC.,

                       Defendants.
---------------------------------------------------------------x

*VIA ECF*

Civil Action No.: CV 11-0440

Feuerstein, J.
Boyle, M.J.

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Defendant, Community National Bank,[1] by its undersigned counsel, hereby certifies that Community National Bank is a publicly held corporation and that it has no other publicly-held affiliates.

---

[1]     Incorrectly sued as Community National Bank Corp.

Dated: Melville, New York
       April 26, 2011

                        Respectfully submitted,

                        JACKSON LEWIS LLP
                        *ATTORNEYS FOR DEFENDANTS*
                        58 South Service Rd., Ste. 410
                        Melville, New York  11747
                        (631) 247-0404

By: _____
                        DAVID S. GREENHAUS, ESQ.
                        NOEL P. TRIPP, ESQ.

4824-0664-1161, v. 1