# jackson lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | | |
|---|---|---|---|---|
| Jackson Lewis LLP | ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR |
| 58 South Service Road | ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| Suite 410 | ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI |
| Melville, New York 11747 | BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| Tel 631 247-0404 | BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA |
| Fax 631 247-0417 | BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA |
| | CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA |
| www.jacksonlewis.com | CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA |
| | DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT |
| | DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION |
| | | | PITTSBURGH, PA | WHITE PLAINS, NY |

My Direct Dial is: (631) 247-4658
My Email Address is: greenhausd@jacksonlewis.com

April 26, 2011

**VIA FEDERAL EXPRESS**
**AND VIA EMAIL (fquinluan@yahoo.com)**

Felix Q. Vinluan, Esq.
Law Office of Felix Q. Vinluan
450 Seventh Avenue, Ste. 931
New York, New York  10123

        Re:    John Paul P. Balingit v. Community National Bank
              Corp. and Prestige Employee Administrators, Inc.
              CV 11-0440

Dear Mr. Vinluan:

      As you know, this firm represents the Defendants in connection with the above-referenced matter.  Pursuant to Judge Feuerstein's Individual Rules and Practices, enclosed please find:

(1)    a Notice of Motion to Partially Dismiss Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(6);

(2)    an Affirmation of David S. Greenhaus in Support of Defendants' Motion for Partial Dismissal, with exhibits; and

(3)    a Memorandum of Law in Support of Defendants' Partial Motion to Dismiss.



Felix Q. Vinluan, Esq.
Law Office of Felix Q. Vinluan
April 26, 2011
Page 2

Please do not hesitate to contact me if you have any questions.

Very truly yours,

JACKSON LEWIS LLP

David S. Greenhaus

DSG/laf
Enclosure
cc: Clerk of the Court (via ECF)