# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** July 7, 2011        **TIME IN COURT:** 30 MINUTES

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ JUL 07 2011 ★
LONG ISLAND OFFICE

**CASE NUMBER:** 2:11-cv-00440-SJF -ETB

**CASE TITLE:** Balingit v. Community National Bank Corp. et al

**PLTFFS ATTY:** Felix Vinluan
  X present     ___ not present

**DEFTS ATTY:** David Greenhaus
  X present     ___ not present

**COURT REPORTER:** _____

**COURTROOM DEPUTY:** Bryan Morabito

X    CASE CALLED.

___  ARGUMENT HEARD / CONT'D TO _____

___  ORDER ENTERED ON THE RECORD.

**OTHER:** A further status conference is scheduled before Judge Feuerstein on 7/19/11 at 11:15 am.