# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** July 19, 2011          **TIME IN COURT:** 30 MINUTES

**CASE NUMBER:**   2:11-cv-00440-SJF -ETB

**CASE TITLE:**   Balingit v. Community National Bank Corp. et al

**PLTFFS ATTY:**   Felix Vinluan
                  _X_ present          ___ not present


**DEFTS ATTY:**   David Greenhaus
                  _X_ present          ___ not present


**COURT REPORTER:** _____

**COURTROOM DEPUTY:** Bryan Morabito


_X_   CASE CALLED.

___   ARGUMENT HEARD / CONT'D TO _____

___   ORDER ENTERED ON THE RECORD.

**OTHER:**  Outstanding discovery is respectfully referred to Magistrate Judge Boyle.  A Pretrial conference is scheduled before Judge Feuerstein on 10/20/11 at 11:15 am.