

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR |
| ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI |
| BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA |
| BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA |
| CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA |
| DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT |
| DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION |
| | | PITTSBURGH, PA | WHITE PLAINS, NY |

My Direct Dial is: (631) 247-4658
My Email Address is: greenhausd@jacksonlewis.com

July 26, 2011

**VIA ECF**

Hon. Judge Sandra Feuerstein
U.S. District Judge
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY 11722

      Re:    John Paul P. Balingit v. Community National Bank Corp. and Prestige Employee Administrators, Inc.
              CV 11-0440

Dear Judge Feuerstein:

      This firm represents the Defendants in connection with the above-referenced matter. On May 18, 2011, Defendants filed a partial motion to dismiss Plaintiff's claims for intentional infliction of emotional distress ("IIED"). Plaintiff did not oppose the motion. At an initial conference on July 7, 2011, Plaintiff's counsel announced his intention to withdraw the IIED claim.

      Plaintiff has not yet formally withdrawn his claim, despite counsel's representation that he would file the appropriate documentation with the Court. Defendants therefore request that the Court issue an Order directing that Plaintiff file a Notice of Voluntary Dismissal, so as to clarify that the IIED claims no longer are part of this lawsuit.



Hon. Judge Sandra Feuerstein
July 26, 2011
Page 2

Thank you for your attention to this matter.

Very truly yours,
JACKSON LEWIS LLP

David S. Greenhaus

DSG/laf

cc: Felix Q. Vinluan, Esq. (via ECF)